IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  9:09-cv-81382-KAM

MICHELLE WAHL,

     Plaintiff,

v.

SEACOAST BANKING CORPORATION OF FLORIDA
D/B/A SEACOAST NATIONAL BANK,

     Defendant.

_____

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, Michelle Wahl by and through her undersigned counsel and notifies the Court that the parties to the above referenced case have amicably resolved their differences, have settled this matter and that this matter should be stricken from the Court's current trial docket.  That the parties will be filing a Joint Motion for Dismissal as soon as same is prepared.

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2011, I electronically filed foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LOUIS P. PFEFFER, P.A.
250 South Central Blvd., Suite 205
Jupiter, FL 33458
(561) 745-8011 - Telephone
(561) 745-8019 - Facsimile
Attorney for Plaintiff

_____
Louis P. Pfeffer
Florida Bar No.: 438707

## SERVICE LIST

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:09-cv-81382-KAM

Robert Elder, Esquire
Florida Bar No.78603
Email:rob@crarybuchanan.com
Deborah Sanders, Esquire
Florida Bar No. 659509
Email: DLS@CraryBuchanan.com
Crary Buchanan Law Offices
759 SW Federal Hwy, Ste. 106
Stuart, FL  34995-0024
Telephone: (772) 287-2600
Fax:  (772) 287-0115
Attorneys for the Defendant
Seacoast Banking Corp. of FL
d/b/a Seacoast National Bank


Michelle Wahl
(Electronic Service)